# COURT MINUTES

## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor — Date: 09/21/2026 Time: 10:00 AM

Defendant: Edwin Enrique Blanquicet Rodriguez J#: 52726-506 Case #: 22-CR-20104-BECERRA

AUSA: Dwayne Williams Attorney:

Violation: Conspiracy to Kill or Kidnap Outside U.S Surr/Arrest Date: 09/20/2026 YOB: 1982

Proceeding: Initial Appearance CJA Appt: Jose Rafael Rodriguez

Bond/PTD Held: ○ Yes ○ No Recommended Bond: Temp PTD

Bond Set at: $ Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ________ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ________ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ________ pm to ________ am, paid by ________
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition: Defendant sworn. Defendant advised of rights and charges. Defendant's request for appointment of counsel; Granted. AFPD conflict. CJA Appointed. Government seeks PTD based on risk of flight and danger to the community; Gov't's ore tenus motion for PTD Hearing. Granted. *Brady Order Given*

from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 9/25 | 10:00am | Duty | Miami |
| Prelim/Arraign or Removal: | 9/25 | 10:00am | Duty | Miami |
| Status Conference RE: Financial eligibility | 9/25 | 10:00am | Duty | Miami |

D.A.R. 10:28:40/12:24:53 Time in Court: 17 mins

s/Lisette Reid Magistrate Judge