**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104CR-BECERRA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**EDWIN ENRIQUE BLANQUICET RODRÍGUEZ,**

**Defendant.**

______________________________________________/

**NOTICE OF APPEARANCE**

JOSE RAFAEL RODRÍGUEZ, ESQ., 6367 Bird Road, Miami, Florida 33155, hereby files this Notice of Appearance in the above-styled cause on behalf of EDWIN ENRIQUE BLANQUICET RODRÍGUEZ.

IT IS HEREBY request that the Clerk of this Court promptly notify the undersigned of the time, date and place of hearings, reports, soundings and trial to secure prompt appearance of the Defendant and the undersigned counsel before this Court.

Respectfully submitted,

LAW OFFICES OF JOSE RAFAEL RODRÍGUEZ
Attorneys for Edwin Enrique Blanquicet Rodríguez
6367 Bird Road
Miami, FL 33155
(305) 667-4445
(305) 667-4118 (FAX)
jrafrod@bellsouth.net

By: *s/ Jose Rafael Rodríguez*
JOSE RAFAEL RODRÍGUEZ
FLA. BAR NO. 0302007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on this 29th day of September, 2026.

*s/ Jose Rafael Rodríguez*
JOSE RAFAEL RODRÍGUEZ