**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104CR-BECERRA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**EDWIN ENRIQUE BLANQUICET RODRÍGUEZ,**

**Defendant.**
______________________________________________/

**NOTICE**
**RESPONSE TO COURT ORDER**

Jose Rafael Rodriguez, Esq., appointed counsel for EDWIN ENRIQUE BLANQUICET RODRÍGUEZ, responds to this Court's order of October 13, 2026 [DE 2129], and states as follows:

The undersigned is not aware that financial support has been offered to EDWIN ENRIQUE BLANQUICET RODRÍGUEZ or to anyone on his behalf by the Government of Colombia, or by any other entity, organization or individual. The undersigned has not received any information about such support or whether retained counsel will be entering an appearance.

Respectfully submitted,

LAW OFFICES OF JOSE RAFAEL RODRÍGUEZ
Attorneys for Edwin Enrique Blanquicet Rodríguez
6367 Bird Road
Miami, FL 33155
(305) 667-4445
(305) 667-4118 (FAX)
jrafrod@bellsouth.net

By: *s/ Jose Rafael Rodríguez*
JOSE RAFAEL RODRÍGUEZ
FLA. BAR NO. 0302007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on this 14th day of October, 2026.

*s/ Jose Rafael Rodríguez*
JOSE RAFAEL RODRÍGUEZ